05-19-00728-CV

FILED
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY, TEXAS

2019 JUN 20 PH 2:07

LISA MATZ, CLERK

FILED IN
5TH COURT OF APPEALS
2019 JUN 20 PM 1:17

*(Notify)*

No. CC -19 - 03179-E

*Dallas Housing Authority*

Plaintiff

v.

*Katherine*

Defendant

In the 5TH Court
County
Court #5

Dallas County, Texas

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, self-represented, and files this Notice of Appeal from the judgment signed by the Court on _6/20/2019_ *Katherine Mitchell*, Defendant, appeals to the _Court of Appeals_ at Dallas, Texas.

Respectfully submitted *Katherine Mitchell*

Print Name: *Catherine Mitchall*
Address: _2425 Bickers_
_#246_
Telephone: _(214) 881- 9935_

## CERTIFICATE OF SERVICE

I, *Katherine Mitchell*, Defendant, do hereby certify that a true and correct copy of the foregoing has been mailed, certified mail, return receipt requested, to _____ _N/A_, Attorney for Plaintiff, at _____, _____, Texas, on this the _6_ day of _20_, 20_19_

*Katherine Mitchell*
Signature

*Catherine Mitchell*
Print Name